IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARISSA MULLEN,
*Special Administrator of the Estate of Dakota Chrismer*,

Plaintiff,

v.

GRANITE CITY, ILLINOIS, *et al.*,

Defendants.

Case No. 21-cv-472 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:  12/6/2022**          MONICA A. STUMP, Clerk of Court

                               **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT
            DISTRICT JUDGE**